AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

SHAWN SANDLER

## WARRANT FOR ARREST

CASE NUMBER: 04M-1057-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **SHAWN SANDLER**
                                          Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(~~n~~)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
damaging a building or real or personal property by means of fire or an explosive

in violation of
Title  **18**  United States Code, Section(s) **844(i)**

**JUDITH GAIL DEIN**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

3/25/04   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.