AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

SHAWN SANDLER

**WARRANT FOR ARREST**

CASE NUMBER: 04M-1057-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___SHAWN SANDLER___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
damaging a building or real or personal property by means of fire or an explosive

in violation of Title __18__ United States Code, Section(s) __844(i)__

JUDITH GAIL DEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

3/25/04  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED BY ARREST
ARRAIGNMENT OF THE
DEFENDANT ON 4/2/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.